UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Teshwattie Brijlall,

                                        Plaintiff,                          Docket No. 24-cv-02321

              -against-                                                     Rule 7.1(a) Disclosure Statement

Jeffrey Christophersen, United States Postal
Service, The United States of America, Aaron
Bennett, Lux Credit Consultants, LLC and
UBER Technologies, Inc.,

                                        Defendants.
-----------------------------------------------------------------X

PURSUANT TO RULE 7.1(a) [Formerly Local General Rule 9] OF THE LOCAL

RULES OF THE US DISTRICT COURT FOR THE SOUTHERN AND EASTERN

DISTRICTS OF NEW YORK AND TO ENABLE JUDGES AND MAGISTRATE

JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR

RECUSAL, THE UNDERSIGNED COUNSEL FOR LUX CREDIT CONSULTANTS,

LLC (A PRIVATE NON-GOVERNMENTAL PARTY) CERTIFIES THAT THE

CORPORATE PARENTS, AFFILIATES AND/OR SUBSIDIARIES OF SAID PARTY

WHICH ARE PUBLICLY HELD ARE:                    None.

Dated: Farmingdale, New York
          November 20, 2024

                                        Yours, etc.
                                        CARMAN, CALLAHAN & INGHAM, LLP

                                        *Jonathan D. Silverstein*

                                        Jonathan D. Silverstein, Esq. (JDS – 4141)
                                        Attorneys for Defendants
                                        Aaron Bennett and
                                        Lux Credit Consultants, LLC
                                        266 Main Street
                                        Farmingdale, New York 11735
                                        (516) 249-3450

TO:      DAVIDOFF LAW, P.C.
         Attorneys for Plaintiff
         108-18 Queens Boulevard, Suite 404
         Forest Hills, New York 11375

718-268-8800
Breon Peace
United States Attorney
*Counsel for Federal Defendants*
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

GERBER CIANO KELLY BRADY LLP
Attorneys for Defendants
Uber Technologies, INC.
P.O. Box 1060
Buffalo, NY 14201
(516) 738-4602

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK)

                          ) ss.:

COUNTY OF NASSAU )

Danielle Franco, being duly sworn says:  I am not a party to the action, am over 18 years of age and reside in the State of New York.

On the 20th day of November 2024, I served a true copy of the annexed Civil Cover Sheet, Notice of Removal and 7.1(a) Disclosure, by mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known addresses of the addressees as indicated below:

TO:    DAVIDOFF LAW, P.C.
        Attorneys for Plaintiff
        108-18 Queens Boulevard, Suite 404
        Forest Hills, New York 11375

        BREON PEACE
        United States Attorney
        *Counsel for Federal Defendants*
        Eastern District of New York
        271 Cadman Plaza East
        Brooklyn, New York 11201

        GERBER CIANO KELLY BRADY LLP
        Attorneys for Defendants
        UBER TECHNOLOGIES, INC.
        P.O. Box 1060
        Buffalo, NY 14201

I affirm this 20th day of November, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Danielle Franco